# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

- PO ☐
- Misd. ☐
- Felony ☒

Assigned: 0417 7 1707
Disp./Sentence: 1707

District ☒ | Off | Judge/Magstr.

☐ WRIT ☐ JUVENILE ☐ ALIAS
U.S. VS. BROWN, Lisa Woodson

OFFENSE ON INDEX CARD: poss. cocaine

Case Filed: 11/21/89
Docket No.: 00035 | Def: 08
No. of Def's: 8

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. / NG / GUILTY-NOLO |
|---|---|---|---|
| 21: 846 | conspiracy to poss. w/intent to distr. cocaine and distr. - Ct. 1 | 1 | |

## II. KEY DATE

- INTERVAL ONE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint
- KEY DATE APPLICABLE: **11/21/89**
- END ONE AND/OR BEGIN TWO: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE: **1/26/90**
  - a) ☒ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Ind ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE APPLICABLE: **3/26/90**
  - ☐ Dismissal
  - ☒ Pled guilty  ☐ After N.G.
  - ☐ Nolo  ☐ After nolo
  - ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | 3/26/90 | | | | | | | | |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶ | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| COMPLAINT ▶ | | | | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
01-Jester - 02-Lamb - 03-Thorne - 04-Boatwright, 05-Pfenninger, 06-Feldman, 07-Mayberry

Rule: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS**

U.S. Attorney or Asst.
J. Douglas McCullough

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

(MAIL ALL PAPERS TO P. O. BOX)
P. O. Box 2399
Shallotte, NC 28459

119 Magnolia St.
Sunset Beach, NC 28459

FPD to provide representation

J.H. CORPENING, III
P.O. Box 867
Wilmington, N.C. 28402
(919) 762-1845

Prob rev hearing 7/27/92
William R. Steel
P.O. Box 382
Wilm, N.C. 28402

70 days up: 4/6/90

~~ART: 3/26/90~~
SEN: 6/11/90-Wilm.

## BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date:
- Bail Denied ☐
- AMOUNT SET: $
- Date Set:
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
- Release Date:
- Bail Denied ☐
- AMOUNT SET: $100,000 unsecured
- Date Set: 1/26/90
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☒ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |



### V. PROCEEDINGS

**BROWN**

| Date | Doc # | Proceedings | Code |
|---|---|---|---|
| 11/21/89 | 1. | **INDICTMENT** - 1c: USA, USPO, USM, Dixon, Wilm. and Judge Fox | sr |
| 11/27/89 | 2 | **REQUEST** - warrant be issued by USA - detention requested | sr |
| | -- | **ISSUED WARRANT FOR ARREST** on ondictment - orig. & 1 cy to USM w/indictment and 1c: USA | sr |
| 1/26/90 | 3 | **RETURN ON WARRANT** - deft. arrested at Raleigh, NC on 1/26/90 by Ralph S. Emory, DUSM. | bll |
| | | **INITIAL APPEARANCE** - at Ral, NC before Mag. Denson. Deft. present w/out counsel. Court reads indictment to deft. Deft. advised of max. punishments and penalties. Deft. advised of right to silence & rights of counsel. CJA-23 completed and ct. finds that deft. does qualify for ct. apptd. counsel. Deft. requests counsel and court orders. FPD to provide repres. Govt. does not move for det. Ct. releases deft. on $100,000 unsec. bond w/ add'l. cond. (tvl. ED/NC only). | bll |
| | 4 | **APPEARANCE BOND** - in the amt. of $100,000 unsec. cys: USA, USMS, USPO, deft. & FPD. | bll |
| | 5 | **ORDER SETTING CONDITIONS OF RELEASE** - deft. released on $100,000 unsec. bond w/ add'l. cond's. (tvl. ED/NC only). cys: USA, USMS, USPO, deft. and FPD. | bll |
| | 6 | **ORDER** - that the fed. public def. is directed to provide represent. in this action. (DENSON, US Mag.) cys: FPD(w/ entire file) | bll |
| 2/1/90 | 7 | **PRE-TRIAL SCHEDULING ORDER** - Motions: 2/26/90  responses: 3/8/90 (Wallace W. Dixon, U.S. Mag.) 1 cy: U. S. Atty. & counsel for deft. | ag |
| 3/6/90 | | **CASE SET FOR ARRAIGN. AND TRIAL ON MONDAY, MARCH 26, 1990** in Wilmington at 9 A.M. before Judge Fox - 1c: USA and Mr. Corpening, III | sr |
| 3/26/90 | -- | Wilm. - Judge Fox - Talley Taylor  Deft. sworn - competent - Penalty changed 5-40 - $2,000,000 - 4 yrs SR | |
| | 8. | **MEMORANDUM OF PLEA AGREEMENT** - cond. approved - 1c: USPO, USA and Judge Fox  Rule 11  Plea of guilty - cond. accepted  factural basis  Bond con'td  Sen.: 6/11/90-Wilm. - 9 A.M. | sr |
| 5/22/90 | -- | **ISSUED NOTICE TO APPEAR** - set for Sen. on 6/11/90 at 9 A.M. in Wilm. before Judge Fox - 1c: USA and Mr. Corpening, III | sr |
| 6/11/90 | -- | Wilm. - Judge Fox - Talley Taylor Ct. Reporter  Sentencing  No objections to PSR - Govern. requests downward departure - allowed | |
| | 9. | **JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT** - **(amended 12/9/91)**  $50.00 special assessment  5 yrs. prob. - No cost of supervision  1. reside for a period of 3 mos. in a CTC, etc.,  2. perform 200 hrs. Comm. Service, etc.,  3. maintain employment or make written weekly reports of efforts, etc.,  4. participate in program approved by USPO for drug abuse therapy, etc.,  No fine imposed  Rest. is not applicable  Statement of reasons attached  (Fox, J) cr. OB/E.10 P.46, 1c: deft. Mr. Corpening, USPO, Judge Fox  R. Forcum 2c: USA and USM (ent. 6/11/90) | sr |
| | | Pre-Sen. Report in file. | |





| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 7-17-90 | -- Pre-Sen. REport returned to USPO | | | | |
| 8/9/90 | 10. **MOTION** by deft. counsel requesting judgment be modified to provide deft. to reside <u>for</u> 3 mos. in community treatment center or similar residential facility later during period of prob. instead of during early part of prob.   cs AUSA.   1 cy. to Judge Fox.   bc | | 8/9/90 8/15/90 | | |
| 8/15/90 | 11. **ORDER** - deft's m/to modify judgment is **DENIED.** (Fox, J) Cr. OB#10, P. 113.  1c: Mr. Corpening and USA (ent. 8/15/90)  sr | | | | |
| 8/16/90 | 12. **GOVERNMENT'S ANSWER TO DEFENDANT'S MOTION** w/cs. 1c: Judge Fox. | | sr | | |
| 12/9/91 | 13. PETITION ON PROBATION AND SUPERVISED RELEASE - **amended** shall abstain from the use of any alcoholic beverages shall not use any medication containing alcohol w/o the permission of the probation officer or a prescription from a physician and part. in any treatment recommended by USPO (Fox,J) Cr.OB#12, P. 92  - 3cys: USPO 1c: USA (ent. 12/10/91) | | sr | | |
| 4/20/92 | 14. PETITION FOR ACTION ON PROBATION - ordered that deft. shall reside for a period of 6 weekends in the CCC, Bannum Place of Wilmington, as dircted by USPO and shall abide by the conditions of that program during said placement - (Fox, J) (no consent attached) Cr. OB#12, P. 212.  1c: Fin. SEc. 2c: USA, 3c: USM and 4c: USPO  (ent. 4/20/92) | | sr | | |
| 6/23/92 | 15. **MOTION FOR REVOCATION** by USPO -  1c: Judge Fox, USa and USPO - w/notation that cannot be set until we have an atty. -- Atty. Hall (which USPO said represnted deft) advised that he did not know if he would represent deft. - to call back - has not done so -   Advised USPO Oliver we needed either a notice of appearance of appointed atty before we could set case - she is to get back with us. | sr | | | |
| 7-6-92 | -- Per USPO Oliver - Mr. Shell representd deft. - confirmed by his office. | | | sr | |
| 7/9/92 | -- **ISSUED NOTICE TO APPEAR** - set for hr. on m/revocation of probation on 7/27/92 at 9 A.M. in Wilm. before Judge Fox - 1c: USA, USPO, U SM, Judge Fox, Mr. Shell, Wilm. Office, Joyce Todd and Ct. Reporter | sr | | | |
| 7/22/92 | -- **MOTION TO CONTINUE PROBATION REVOCATION HEARING** by deft. w/cs - 1c: Judge Fox   (Per Judge Fox's Office to be continued to 8/24 - parties notified by phone - order to follow). | | 7/22/92 | | |
| 7/27/92 | 16 **ORDER** - that the hearing on motion for revocation of probation is continued to August 24, 1992 in New Bern NC **(JUDGE FOX)** CR OB# 13 p 21    1c: USA, USPO, USM, *Wm. Shell*   fs | sr | | | |

| DATE | PROCEEDINGS (continued) —(Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8/24/92 | New Bern - Judge Fox - Lib Leonard Ct. Reporter<br>Deft. sworn - Probation Revocation Hearing<br>Evid. proffered for the deft.<br>Oral Evid. for the Govern.<br>Two affidavits and test results givern to Judge Fox<br>Probation revoked - 8 mos. impr. - Sup. Rel. 3 yrs.<br>Ct. recommends -facility for drug abuse - Report<br>on 12/1/92 to designated inst.<br>ORDER TO SURRENDER<br>USPO to do judgment | sr | | | |
| 8/25/92 | 17. **JUDMENT AND COMMITMENT** - 8 mos. impr - 3 yrs. sup. release -<br>report w/n 72 hrs. to USPO - abide by standard<br>conditions of supervision.<br>Deft. allowed to report on 12/1/92 at 12 noon.<br>to designated inst. or such later date deisngated.<br>Received drug aftercare treatment and receive<br>trm. during incarceration.<br>(Fox, J) Cr. OB#13, P. 46 - 3c: USM, by to USPO<br>by NB office. (ent. 8/31/92) | sr | | | |
| 11/25/92 | 18 **MOTION TO EXTEND TIME FOR DEFENDANT TO REPORT TO BOP & MODIFY**<br>J& C filed 8/25/92<br>by deft w/cs and attachment 1c: Judge Fox | fs | 11/25/92<br>11/30/92 | | |
| 11/30/92 | 19. **ORDER** - m/filed 22/25/92 for ext. of time to report to<br>Inst. - is **DENIED** -<br>m/to reconsider court's order of 8/24/92<br>revoking probation is **DENIED** - **deft. to** report<br>to Alderson on 12/1/92. (Fox, JO Cr. OB#<br>13, P. 140 - 1c: USA, Mr. Shell and USM.<br>(ent. 11/30/92) | sr | | | |
| 12/4/92 | 20. **ORDER** - reconsideration of its order of 11/30/92 is allowed<br>and deft's mtoion to ext. time to report for service of her<br>sen. Deft. shall report at her own expense to FCI-Alderson,<br>WVa. at 12 noon on 12/7/92. (Fox, J) Cr. OB#13, P. 142<br>1c: USM, USA, USPO, Mr. Shell (ent. 12/8/92) | sr | | | |
| 1-5-93 | 21 RETURN ON JUDGEMENT AND MOMMITMENT: terms of probation of<br>original J & C violated. Probation sentence heretofore<br>imposed is revoked and deft. is committed to BOP for 8<br>mths incarceration.<br>-Upon release, deft. shall be on supervised release for 3<br>years and shall abide by all conditions of supervision.<br>-Deft. will be allowed to report to designated institution<br>on 12-1-92.<br>-Deft. will be condined at instituion which provides drug<br>treatment.<br>-Executed on 12-7-92 at FPC Alderson, WV. by Bobbi Sereno. | wsc | | | |
| 8-13-93 | **PETITION FOR ACTION ON PROBATION AND SUPERVISED RELEASE AND<br>ORDER FO THE COURT::** (Fox) deft. will participate as directed<br>in a program for treatemtn of substance abuse whcih will include<br>urinalysis testing/other drug testing measures and may require<br>praticipation/residence in a residential trratment facklity.<br>cc: USA, USPO, OB. 14, pg. 130. | wsc | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) (b) (c) (d) |
| 1/24/94 | -- **ORDER** on petition for action on sup. release - sup. release modified as follows: "deft. shall perform 60 hrs. of comm. service during sup. release as directed by USPO and if referred for placement and monitoring by the St. of N.C. pay the required $100 fee. (Fox, J) Cr. OB#15, P. 37 - 2c: USPO  (ent. 1/26/94)   sr | |
| 8/31/94 | -- **MOTION FOR REVOCATION OF PROBATION** - w/attached CJA 23 1c: Judge Fox of Motion<br>-- CJA 23 to M/J Denson w/ Prop. Order<br>-- To be set for 9/27/94 - adv. parties when atty. appointed.   sr<br>-- CJA 23 approved | |
| 8/31/94 | -- **ORDER** - appointing FPD to orovide representation for M/Revocation (Denson, M/J) - 1c: FPD w/JCA23 and Motion for Revocation 1c: USPO, USAtty. (ent. 8/31/94)   sr<br>-- to be set for 9/26/94 at 9 A.M. in Wilm.   sr | |
| 9/1/94 | -- **ISSUED NOTICE TO APPEAR** - set for hrg. on m/revocation on 9/27/94 at 9 A.M. in Wilm. before Judge Fox - 1c: USA,FPD,USPO   sr | |
| 9/2/94 | -- **NOTICE OF APPARANCE** for Revocation hearing by John A. Dusenbury - 1c: USPO, USA, Judge Fox.   sr | |
| 9/19/94 | -- **AMENDED MOTION FOR REVOCATION** by USPO - 1c: Judge Fox and USA, FPD   sr | |
| 9/27/94 | -- Wilm. - Judge Fox - talley Taylor Ct. Reporter Deft. not present at Cal Call- ISW issued - w/drawn prior to typing. Motion for revocation - allowed - 9 mos. impr. to receive trm. for subs. abuse and mental health while incar.<br>- USPO to do J&C.   sr | |
| 9/29/94 | -- **JUDGMENT AND COMMITMENT** (from revocation hearing on 9/27/94) 9 mos. impr. - part. in subs. abuse and mental health treatment (Fox,J) CROB#16, P. 69 - 4cs: USPO, 3c:USM, 1c: deft and atty   (ent. 9/29/94)   sr | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |